## UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

PUTNAM RICHARDSON,                    §
                                      §
             Plaintiff,               §
                                      §
*versus*                              §     CIVIL ACTION NO. 1:08-CV-895
                                      §
MELISSA UNDERHILL, *et al.*,          §
                                      §
             Defendants.              §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Putnam Richardson, proceeding through counsel, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Hearing Officer Melissa Underhill and Parole Officer Garrett Gilliam.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting defendants' motion to dismiss for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 24th day of March, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE